THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. RODGERS, Relator, v. THOMAS H. MURPHY, as Warden of Clinton Prison, at Dannemora, New York, Respondent.— Motion to dispense with printing of papers on appeal denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of PHILADELPHIA MILK PRODUCERS CO-OPERATIVE ASSOCIATION, INC., for a Certiorari Order against CHARLES H. BALDWIN, as Commissioner of the Department of Agriculture and Markets of the State of New York, and KENNETH F. FEE, as Director of the Division of Milk Control of the Department of Agriculture and Markets of the State of New York, Defendants.— Motion to dismiss certiorari proceeding granted, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

NORA HORTON, Appellant, v. THE STATE OF NEW YORK, Respondent. HAROLD HORTON, Appellant, v. THE STATE OF NEW YORK, Respondent. GEORGE MAHON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion by Nora Horton and Harold Horton for reargument denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

JOHN J. FLYNN, as Administrator, etc., of THERESA LAMAY, Deceased, Respondent, v. MARTIN OTIS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application for a Certiorari Order Directed to the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK by INTERNATIONAL RAILWAY COMPANY in the Matter of Its Application under Section 50-a of the Public Service Law for an Order Authorizing the Operation of Certain Bus or Motor Vehicle Lines upon Certain Streets, Highways and Public Places in the City of Buffalo, and Permitting and Approving the Exercise of Its Franchises and Rights under Consents of the Local Authorities of Said City.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals and certify questions denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

BENJAMIN B. ST. JOHN, as Administrator, etc., of AGNES ST. JOHN, Deceased, Respondent, v. M. MORAN TRANSPORTATION LINES, INC., and C. J. LAPE Co., INC., Appellants.—Action to recover for negligence of two defendants. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

MADISON COUNTY BASKET CORPORATION, INC., Respondent, v. THE PEOPLE'S BANK OF HAMBURG, N. Y., Appellant.—Action for breach of warranty on the sale of basket-making machine. Plaintiff claimed that defendant represented that it owned a license permitting an attachment to the machine. It had no such license. The attachment was removed by the licensor, and the plaintiff claims that the machine was thereby rendered worthless. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.